IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BARRY J. CRAWFORD, <br><br> Defendant. | **8:03CR14** <br> **8:11CR353** <br> **8:11CR383** <br><br> **ORDER** |

This matter is before the court on the defendant's letter/motion for copies of his criminal case file, including the sentencing transcript, plea agreement, docket sheet, and judgment and commitment. The defendant requests a waiver of fees associated with the costs of the copies. On June 1, 2012, the court sentenced defendant on a violation of supervised release in case 8:03CR14, and, pursuant to defendant's guilty pleas, was sentenced on Counts I and II of the Indictment in 8:11CR353 and on Count I of the Indictment in 8:11CR383. At this time, the defendant has no motions or cases pending before this court, and defendant makes no showing as to why he needs these copies. Accordingly, the court will deny the motion. Defendant is, of course, free to request copies of these filings and to pay the costs of the same.

THEREFORE, IT IS ORDERED that the defendant's letter/motion for copies and to waive such costs is denied.

Dated this 1st day of November, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge